**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 25, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00829-CV

**HAROLD HARPER, Appellant**

**V.**

**SHIELDING DESIGN INTERNATIONAL USA, LLC, Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-70833**

### MEMORANDUM OPINION

This is an appeal from a judgment signed September 18, 2017. On April 8, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Bourliot.